UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENDO INTERNATIONAL PLC, et al.<br><br>Defendants. | 17 Civ. No. 5114 (TJS) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
THOMAS J. GIBLIN**

Pursuant to Local Rule of Civil Procedure 83.5.2(b) and the Honorable Timothy J. Savage's Policies and Procedures Section II. E., Defendants Endo International plc, Rajiv Kanishka Liyanaarchchie de Silva, Suketu P. Upadhyay, and Paul V. Campanelli (collectively, "Defendants"), by and through its counsel, Morgan, Lewis & Bockius LLP, hereby move this Honorable Court to grant Thomas J. Giblin permission to appear *pro hac vice* and participate as counsel or co-counsel for Defendants for purposes of this action only, and in support thereof state as follows:

1.  Thomas J. Giblin is an associate with the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, NY 10022-4834 and counsel to Defendants; Telephone: (212) 906-1200; Facsimile: (212) 751-4864; E-mail: thomas.giblin@lw.com.

2. Thomas J. Giblin is a member in good standing of the bars of the State of New York (NY Bar No. 4801320; admitted 2010) and of the State of Pennsylvania (PA Bar No. 313111; admitted 2012). He is also admitted to and in good standing with the following courts:

- U.S. District Court for the Southern District of New York (2011);
- U.S. District Court for the Western District of Pennsylvania (2012);
- Third Circuit Court of Appeals (2012).
- U.S. District Court for the Eastern District of New York (2015);

3. Thomas J. Giblin has never been suspended or disbarred by any court for which he has appeared.

4. Defendants retained Thomas J. Giblin as counsel and as such have requested that he represent them in this case.

5. I have an established working relationship with Thomas J. Giblin in connection with representing defendant Endo International plc in other matters. I certify that I know that the applicant's personal character is good.

Dated: February 15, 2018                    Respectfully submitted,

                                            MORGAN, LEWIS & BOCKIUS LLP


                                            By: /s/ Laura McNally
                                               J. Gordon Cooney (P.A. Attorney I.D. 42636)
                                               Laura McNally (P.A. Attorney I.D. 310658)
                                               1701 Market Street
                                               Philadelphia, PA  19103
                                               Telephone: +1.215.963.5000
                                               Facsimile: +1.215.963.5001
                                               gordon.cooney@morganlewis.com
                                               laura.mcnally@morganlewis.com

                                               *Attorneys for Endo Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 15, 2018, I caused the foregoing document to be filed via the Court's ECF system which caused electronic notification upon all counsel of record.

                                                            */s/Laura McNally*
                                                           Laura McNally