## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | |
| ENDO INTERNATIONAL PLC, RAJIV KANISHKA LIYANAARCHIE DE SILVA, SUKETU P. UPADHYAY and PAUL V. CAMPANELLI | : : : : | NO. 17-5114 |

## ORDER

**NOW,** this 19th day of June, 2018, upon consideration of the Park Employees' Annuity and Benefit Fund of Chicago for Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel (Document No. 11), the Declaration of Javier Bleichmar, and the opposition of Nathan Joseph Dole and Wayne A. Wingard, and after oral argument, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1.  The Park Employees' Annuity and Benefit Fund of Chicago is **APPOINTED** Lead Plaintiff.

2.  Bleichmar Fonti & Auld LLP is **APPROVED** as Lead Counsel.

3.  Lead Counsel shall have the authority to speak for all plaintiffs and putative class members in all matters regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort.

4.  Lead Counsel shall have the following responsibilities:

      a.      to brief and argue motions;

      b.      to initiate and conduct discovery, including, but not limited to, coordination of discovery with defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

      c.      to direct and coordinate the examination of witnesses in depositions;

      d.      to act as spokesperson at pretrial conferences;

      e.      to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

      f.      to initiate and conduct any settlement negotiations;

      g.      to provide general coordination of the activities of plaintiffs' counsel to delegate work responsibilities to selected counsel as may be required, in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

      h.      to consult with and employ experts;

      i.      to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorneys' fees; and,

      j.      to perform such other duties as may be expressly authorized by this Court.

      /s/TIMOTHY J. SAVAGE