UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENDO INTERNATIONAL PLC, RAJIV KANISHKA LIYANAARCHCHIE DE SILVA, SUKETU P. UPADHYAY, and PAUL V. CAMPANELLI<br><br>Defendants. | No. 2:17-cv-05114-TJS |

**[PROPOSED] ORDER**

AND NOW, on this ____ day of _____ 2018, upon consideration of Defendants' Motion to Dismiss the Amended Complaint (the "Motion"), and any response thereto, it is hereby ORDERED as follows:

1. The Motion is GRANTED; and
2. The Amended Complaint is DISMISSED WITH PREJUDICE in its entirety.

BY THE COURT:

_____

Hon. Timothy J. Savage
United States District Judge