UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ENDO INTERNATIONAL PLC, RAJIV KANISHKA LIYANAARCHCHIE DE SILVA, SUKETU P. UPADHYAY, and PAUL V. CAMPANELLI,<br><br>　　　　　　Defendants. | No. 2:17-cv-05114-MMB |

**CERTIFICATE OF SERVICE**

I, Miles N. Ruthberg, hereby certify that on October 2, 2019, I caused the foregoing Post-Argument Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Miles N. Ruthberg*
　　　　　　　　　　　　　　　　　　　　　　　Miles N. Ruthberg