# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDRE PELLETIER**, Individually and On Behalf of All Others Similarly Situated, <br><br> v. <br><br> **ENDO INTERNATIONAL PLC, RAJIV KANISHKA LIYANAARCHCHIE DE SILVA, SUKETU P. UPADHYAY, AND PAUL V. CAMPANELLI** | **CIVIL ACTION** <br><br> **NO. 17-cv-5114** |

## **ORDER**

**AND NOW,** this 14th day of February, 2020, upon consideration of Defendants' Motion to Dismiss (ECF No. 63), Lead Plaintiff's Opposition (ECF No. 64), and Defendants' Reply (ECF No. 69), the parties' supplemental authority, and oral argument, it is hereby ORDERED that Defendants' Motion to Dismiss is GRANTED with prejudice as to the alleged price-fixing conspiracy, and DENIED otherwise.

                                                          **BY THIS COURT:**

                                                          /s/ Michael M. Baylson
                                                          **MICHAEL M. BAYLSON**
                                                          **United States District Court Judge**