# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDRE PELLETIER**, Individually and On Behalf of All Others Similarly Situated**,**<br><br>**v.**<br><br>**ENDO INTERNATIONAL PLC, RAJIV KANISHKA LIYANAARCHCHIE DE SILVA, SUKETU P. UPADHYAY, AND PAUL V. CAMPANELLI** | **CIVIL ACTION**<br><br>**NO. 17-5114**<br><br>**DATE OF NOTICE: October 23, 2020** |

## SECOND AMENDED NOTICE

Please be advised that a **HEARING re: Motion to Certify Class (ECF 116)** will be rescheduled and will now be held on **Wednesday, December 9, 2020 at 2:00 p.m.**, before the Honorable Michael M. Baylson **via video conference**. The instructions to participate in the video hearing will be circulated prior to the new hearing date. The current video TEST date of Monday, October 26, 2020 is also postponed until a date to be determined.

s/ Lori K. DiSanti
_____
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 17\17-5114 Pelletier v Endo Intl\17cv5114 hrg notice re motion to certify class.doc