# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDRE PELLETIER**, Individually and On Behalf of All Others Similarly Situated**,**<br><br>        v.<br><br>**ENDO INTERNATIONAL PLC, RAJIV KANISHKA LIYANAARCHCHIE DE SILVA, SUKETU P. UPADHYAY, AND PAUL V. CAMPANELLI** | **CIVIL ACTION**<br><br>**NO. 17-cv-5114** |

## ORDER RE: SUPPLEMENTAL BRIEFING

**AND NOW** this 9th day of December, 2020, following a recorded hearing with counsel and as discussed on the record, it is hereby **ORDERED**:

1.  Plaintiffs shall file a supplemental brief, including their final proposed class definition, no more than five (5) pages, double-spaced, by Monday, December 14, 2020.

2.  Defendants shall file their reply, no more than five (5) pages, double-spaced, by Thursday, December 17, 2020.

        **BY THIS COURT:**

        s/ Michael M. Baylson

        **MICHAEL M. BAYLSON**
        **United States District Court Judge**

O:\CIVIL 17\17-5114 Pelletier v Endo Intl\17cv5114 order re supp briefs 12092020.docx