# Exhibit A

**Endo International plc (ENDP)**                                    **Wingard, Wayne A.**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|---|---|---|---|
| 3/21/2016 | Purchase | 5,000 | $28.8500 |
| 3/23/2016 | Purchase | 2,000 | $30.6000 |
| 3/23/2016 | Purchase | 7,500 | $30.8000 |
| 5/6/2016 | Purchase | 280 | $17.3500 |
| 12/15/2016 | Purchase | 10,000 | $15.4000 |
| 12/21/2016 | Purchase | 10,000 | $15.7500 |
| 1/6/2017 | Purchase | 23,000 | $16.4500 |
| 4/21/2016 | Sale | (7,500) | $30.6100 |
| 4/21/2016 | Sale | (7,000) | $30.6100 |
| 8/3/2016 | Sale | (280) | $18.1300 |
| 12/16/2016 | Sale | (10,000) | $15.9000 |
| 12/23/2016 | Sale | (10,000) | $15.9500 |