**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALEXANDRE PELLETIER**, Individually and On Behalf of All Others Similarly Situated**,**<br><br>      **v.**<br><br>**ENDO INTERNATIONAL PLC, RAJIV KANISHKA LIYANAARCHCHIE DE SILVA, SUKETU P. UPADHYAY, AND PAUL V. CAMPANELLI** | **CIVIL ACTION**<br><br>**NO. 17-cv-5114** |

## <u>ORDER</u>

**AND NOW**, this 4th day of February, 2021, for the reasons set forth in the foregoing Memorandum, it is **ORDERED**:

1.      Lead Plaintiff Park and Lead Counsel Bleichmar, Fonti & Auld, LLP will no longer act in those capacities in this case, effective immediately.

2.      New Lead Plaintiff Bucks County Employees' Retirement Fund and new Lead Counsel, Lawrence F. Stengel, Esquire of Saxton Stump shall take over those responsibilities effective immediately.

3.      Both the Bleichmar, Fonti & Auld law firm and Park shall cooperate fully with new Lead Plaintiff and new Lead Counsel in all aspects of this case.

4.      The Court will appoint the Robbins, Geller, Rudman & Dowd firm to act as co-Lead Counsel, with Lawrence Stengel, Esquire.

5.      The Court will further appoint the individual Plaintiffs, Pelletier, Dole and Wingard, as co-Lead Plaintiffs and their counsel, the Pomerantz law firm, as assistant Lead Counsel.

6.      The Court will likely make further appointment of a Philadelphia-based law firm as co-Lead Counsel.

7.      The Macomb parties' Joint Motion to Appoint Counsel and Joint Motion to Intervene (ECF 228) is DENIED.

8.      The Plaintiffs may supplement existing Motions for Class Certification by February 18, 2021, particularly as to the time period, and avoiding any overlap with the MissPers litigation.  A Memorandum of Law in support of this motion shall be limited to ten pages, in view of the extensive briefing that has already taken place.

9.      New Lead Plaintiffs shall produce any and all relevant documents in their possession, custody, or control as soon as possible.  Defendant may take depositions of the new Lead Plaintiffs by March 15, 2021.  This Court has required, in view of the pandemic, that depositions should take place by video conference and the witness shall have significant input in setting the witness's location as the witness's health will not be impaired.  Counsel taking the deposition shall forward all exhibits for the deposition to the witness and witness's counsel in advance of the deposition.

10.     Endo shall respond to the Motion for Class Certification by March 26, 2021 and may incorporate any prior briefing by reference without repetition – limit twenty (20) pages. Plaintiffs may file a reply brief by April 8, 2021 no more than fifteen (15) pages.

11.     The parties shall confer about whether any additional expert reports shall be served on any issue in this case, and advise the Court by either a joint report, or separate reports limited to five (5) pages each by February 26, 2021, which should also propose scheduling any filing of Daubert motions no later than April 16, 2021.

12.     Counsel shall promptly confer on disposition of the Motion to Intervene in the MissPers litigation and submit either a joint report, or separate reports, by February 18, 2021, limited to five (5) pages each.

2

13.     Dispositive motions shall be filed by June 1, 2021.  Counsel shall also confer and propose as to a briefing schedule.

14.     Trial pool date is October 1, 2021.

15.     If agreed, counsel may suggest reasonable alternatives to the above dates as long as the dispositive motion date remains as of June 1, 2021.

16.     The Court may appoint a mediator if both parties express interest in settlement discussions.

                              **BY THIS COURT:**

                              s/ Michael M. Baylson
                              **MICHAEL M. BAYLSON**
                              **United States District Court Judge**

O:\CIVIL 17\17-5114 Pelletier v Endo Intl\17cv5114 order re scheduling.docx

3