# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- v. -<br><br>ENDO INTERNATIONAL PLC, RAJIV KANISHKA LIYANAARCHCHIE DE SILVA, SUKETU P. UPADHYAY, AND PAUL V. CAMPANELLI<br><br>Defendants. | Hon. Michael M. Baylson<br><br>No. 2:17-cv-05114-MB<br><br>**CLASS ACTION**<br><br>**ORAL ARGUMENT REQUESTED** |

## MACOMB'S REPLY IN FURTHER SUPPORT OF 2015 MACOMB COUNTY INTERMEDIATE RETIREES MEDICAL BENEFITS TRUST'S JOINDER IN MOTION TO INTERVENE

The Macomb County Employees' Retirement System ("MCERS") and the 2015 Macomb County Intermediate Retirees Medical Benefits Trust (the "MCMBT," and with MCERS, "Macomb"), submit this reply in further support of MCMBT's joinder (ECF 252) in MCERS's pending motion to intervene (ECF 228, the "Motion"). Defendants' opposition to MCMBT's joinder (ECF 266) is without merit, and MCMBT, like MCERS, should be permitted to intervene.

First, Defendants are wrong to assert that MCMBT sought to join the Motion "without explanation" (*id.* at 1). The motion, filed on December 23, states that MCERS held title to Macomb's Endo shares; on January 7, pursuant to the Court's order (ECF 238), MCERS filed a supplemental pleading stating that "the Endo shares at issue were held in" the MCMBT. (ECF 244 at 2 of 14.) On January 14, MCMBT served Defendants with an amended supplemental pleading (filed the next day) clarifying that "MCERS purchased and held title to certain Endo shares at issue, while MCMBT purchased and held title to other Endo shares at issue"; as a belt-

and-suspenders matter, MCMBT also joined the pending motion to intervene.  (ECF 252 at 1 of 3.)  Defendants can hardly claim any prejudice from this prompt clarification and joinder.  And Defendants do not contest that MCMBT is a "real party in interest" with respect to its Endo shares, Fed. R. Civ. P. 17(a)(1).

Second, Defendants' argument that MCERS cannot intervene because it "purchased only a small number of Endo shares, and sold them within days" (ECF 266 at 2) fails.  Both MCERS and MCMBT invested in Endo stock during the Class Period, and the two entities share staff and service providers (including the same investment manager, as previously disclosed).  MCERS will strengthen the representation of the Class, as it has recovered over $280 million for investors in securities class actions, and has been approved as a class representative in this District.  *W. Palm Beach Police Pension Fund v. DFC Glob. Corp.*, No. CV 13-6731, 2016 WL 4138613, at *1 (E.D. Pa. Aug. 4, 2016).  The same arguments for intervention apply to both entities.

Finally, Defendants' footnote arguing that the "case law also does not support" the Motion is wrong.  MCERS and MCMBT do not seek intervention "effectively to act as lead plaintiff," but to serve as additional Class representatives.  That is appropriate because the "PSLRA construct of a 'lead plaintiff' is not coextensive with a 'named plaintiff' under the traditional law of class actions," and courts "retain the power to appoint additional class representatives" in PSLRA actions.  *In re Herley Indus. Sec. Litig.*, 2009 WL 3169888, at *9, *11 n.12 (E.D. Pa. Sept. 30, 2009) (retaining original lead plaintiff but appointing additional class representative); *see also Wallach v. Eaton Corp.*, 837 F.3d 356 (3d Cir. 2016) (reversing denial of class members' motions to intervene); *Link v. Mercedes-Benz of N. Am., Inc.*, 788 F.2d 918, 929 (3d Cir. 1986) ("proper remedy" to questions about class representative's adequacy "was to amend the class certification order or to permit additional plaintiffs to intervene"); 3 Newberg on Class Actions § 9:36 (5th ed.)

2

(intervention permitted where it "would strengthen the adequacy of the representation"). The Court should exercise that authority by appointing MCERS and MCMBT as Class representatives to strengthen the adequacy of the Class's representation, while retaining Park as Lead Plaintiff.

**DATED: February 4, 2021**                                Respectfully submitted,

**HANGLEY ARONCHICK SEGAL**                      **BLEICHMAR FONTI & AULD LLP**
**PUDLIN & SCHILLER**

 /s/ *John S. Summers*                                       /s/ *Joseph A. Fonti*
John S. Summers                                            Joseph A. Fonti (admitted *pro hac vice*)
Jonathan L. Cochran                                        Javier Bleichmar (admitted *pro hac vice*)
One Logan Square, 27th Floor                          7 Times Square, 27th Floor
Philadelphia, Pennsylvania 19103                     New York, NY 10036
Telephone: (215) 568-6200                               Telephone: (212) 789-1340
Facsimile: (215) 568-0300                                Facsimile: (212) 205-3960
                                                                     jfonti@bfalaw.com
                                                                     jbleichmar@bfalaw.com

*Co-Counsel for the Park Employees' and*      *Co-Counsel for the Park Employees' and*
*Retirement Board Employees' Annuity and*    *Retirement Board Employees' Annuity and*
*Benefit Fund of Chicago and Proposed*        *Benefit Fund of Chicago and Proposed*
*Intervenors Macomb County Employees'*       *Intervenors Macomb County Employees'*
*Retirement System and the 2015 Macomb*      *Retirement System and the 2015 Macomb*
*County Intermediate Retirees Medical*        *County Intermediate Retirees Medical Benefits*
*Benefits Trust; and Proposed Co-Counsel for* *Trust; and Lead Counsel for the Class*
*the Class*

                                                                     **KEHOE LAW FIRM, P.C.**
                                                                     John A. Kehoe
                                                                     Two Penn Center Plaza
                                                                     1500 JFK Boulevard, Suite 1020
                                                                     Philadelphia, PA 19012
                                                                     Telephone: (215) 792-6676
                                                                     jkehoe@kehoelawfirm.com

                                                                     *Additional Counsel for the Park Employees'*
                                                                     *and Retirement Board Employees' Annuity and*
                                                                     *Benefit Fund of Chicago*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on February 4, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the court's CM/ECF system.

           **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

           _/s/ John S. Summers_
           John S. Summers