UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENDO INTERNATIONAL PLC, et al.,<br><br>Defendants. | No. 2:17-cv-05114-MMB<br><br>Hon. Michael M. Baylson<br><br>Class Action<br><br>Oral Argument Requested |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Endo International plc ("Endo"), Rajiv Kanishka Liyanaarachchie De Silva, Suketu P. Upadhyay, and Paul V. Campanelli (together, "Defendants"), by and through their attorneys, hereby move for an Order, in the form attached hereto, granting summary judgment in their favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. In support of their motion, Defendants submit the accompanying Memorandum of Law and a Statement of Undisputed Facts and exhibits thereto. Defendants respectfully request oral argument, which the Court has scheduled for August 5, 2021 at 2:00 PM.

Dated: June 23, 2021
      New York, New York

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Jeff G. Hammel*
James E. Brandt (admitted *pro hac vice*)
Jeff G. Hammel (admitted *pro hac vice*)
Thomas J. Giblin (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
james.brandt@lw.com
jeff.hammel@lw.com
thomas.giblin@lw.com

**MORGAN, LEWIS & BOCKIUS LLP**
Marc J. Sonnenfeld (No. 17210)
J. Gordon Cooney, Jr. (No. 42636)
Laura Hughes McNally (No. 310658)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
marc.sonnenfeld@morganlewis.com
gordon.cooney@morganlewis.com
laura.mcnally@morganlewis.com

*Counsel for Defendants*