UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENDO INTERNATIONAL PLC, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-05114-MMB<br><br>Hon. Michael M. Baylson |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**AND NOW**, on this _____ day of _____, 2021, upon consideration of the briefing and other papers filed in connection with Defendants' Motion for Summary Judgment, and all supporting and opposing papers, it is hereby **ORDERED** that:

1. Defendants' Motion is **GRANTED** in its entirety; and

2. **JUDGMENT** is entered in favor of Defendants Endo International plc ("Endo"), Rajiv Kanishka Liyanaarachchie De Silva, Suketu P. Upadhyay, and Paul V. Campanelli and against Plaintiffs on all claims asserted in the operative amended class action complaint.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, J.**