UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENDO INTERNATIONAL PLC, et al.,<br><br>Defendants. | No. 2:17-cv-05114-MMB<br><br>Hon. Michael M. Baylson |

### CERTIFICATE OF SERVICE

I, Jeff G. Hammel, hereby certify that on June 23, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice. Any documents to be filed under seal have been emailed to all counsel of record in their unsealed form, pursuant to an agreement among counsel, and will be hand delivered to the Court.


Dated: June 23, 2021
       New York, New York

**LATHAM & WATKINS LLP**

*/s/ Jeff G. Hammel*
Jeff G. Hammel