IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly situated,

    Plaintiffs,

v.

ENDO INTERNATIONAL, plc, et al.,

    Defendants.

: Civil Action
:
:
:
:
: No.: 2:17-cv-05114-MMB

## ORDER

AND NOW, this 30th day of June 2021, it is hereby

ORDERED that the application of **Noam Mandel**, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.[1]

[ ] DENIED.

/s/ MICHAEL M. BAYLSON
MICHAEL M. BAYLSON, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.