IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDRE PELLETIER**, Individually and On Behalf of All Others Similarly Situated**,**<br><br>v.<br><br>**ENDO INTERNATIONAL PLC, RAJIV KANISHKA LIYANAARCHCHIE DE SILVA, SUKETU P. UPADHYAY, AND PAUL V. CAMPANELLI** | **CIVIL ACTION**<br><br>**NO. 17-cv-5114** |

### ORDER RE: STAY OF PROCEEDINGS

**AND NOW**, this 5th day of August, 2021, based upon a telephone call with counsel on this date, to the effect that serious settlement discussions have been taking place and counsel requested an extension of pending deadlines on pretrial motions, it is hereby **ORDERED:**

1. The argument scheduled for today is cancelled.

2. The Court will **STAY** all proceedings in this case for a period of sixty (60) days, until October 5, 2021, which the Court indicated, with agreement of counsel, was a reasonable time to complete a settlement agreement.

3. Counsel should not expect any additional extensions of these stayed proceedings, unless factors such as Covid-19 or other logistical problems preclude reaching a final settlement agreement within this time period.

**BY THIS COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON**
**United States District Court Judge**