# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>vs.<br><br>ENDO INTERNATIONAL PLC, et al.,<br><br>                              Defendants. | Civ. Action No. 2:17-cv-05114-MMB<br><br>CLASS ACTION<br><br>Honorable Michael M. Baylson<br><br>PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all pleadings and records on file in this case, Lead Plaintiff Bucks County Retirement System and co-Lead Plaintiffs Alexandre Pelletier and Nathan Dole move the Court for an order: (1) granting preliminary approval of the proposed settlement; (2) approving the form and manner of giving notice of the proposed settlement to the Class; and (3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendants have advised that they do not oppose the relief sought in the motion.

DATED:  October 15, 2021

SAXTON & STUMP
LAWRENCE F. STENGEL (PA #32809)

　　　　　　　s/ Lawrence F. Stengel
　　　　　　　LAWRENCE F. STENGEL

280 Granite Run Drive, Suite 300
Lancaster, PA 17601
Telephone: 717/556-1000
717/441-3810 (fax)
lfs@saxtonstump.com

Lead Class Counsel

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON (Admitted *pro hac vice*)
NOAM MANDEL (Admitted *pro hac vice*)
DESIREE CUMMINGS (Admitted *pro hac vice*)
JONATHAN ZWEIG (Admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com
dcummings@rgrdlaw.com
jzweig@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIEL S. DROSMAN (Admitted pro hac vice)
KEVIN A. LAVELLE (Admitted pro hac vice)
SEAN C. McGUIRE (Admitted pro hac vice)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
klavelle@rgrdlaw.com
smcguire@rgrdlaw.com

Co-Lead Class Counsel

JOSEPH J. KHAN (PA #86620)
County Solicitor, Bucks County
AMY M. FITZPATRICK (PA #324672)
First Assistant County Solicitor, Bucks County
55 East Court Street
Doylestown, PA  18901
Telephone:  215/348-6435
jjkhan@buckscounty.org
amfitzpatrick@buckscounty.org

Additional Counsel for Lead Class
Representative Bucks County Employees
Retirement System

- 3 -

POMERANTZ LLP
JEREMY A. LIEBERMAN
MICHAEL GRUNFELD
600 Third Avenue
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
mgrunfeld@pomlaw.com

POMERANTZ LLP
PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312/377-1181
312/377-1184 (fax)
pdahlstrom@pomlaw.com

Co-Lead Class Counsel

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 15, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Lawrence F. Stengel
LAWRENCE F. STENGEL (PA #32809)

SAXTON & STUMP
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
Telephone: 717/556-1000
717/441-3810 (fax)
E-mail: lfs@saxtonstump.com

# Mailing Information for a Case 2:17-cv-05114-MMB PELLETIER v. ENDO INTERNATIONAL PLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JAVIER BLEICHMAR**
  jbleichmar@bfalaw.com

- **JAMES E. BRANDT**
  james.brandt@lw.com,NY-CourtMail@lw.com

- **BENJAMIN F. BURRY**
  bburry@bfalaw.com

- **J. GORDON COONEY , JR**
  jgcooney@morganlewis.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **BRANDON CORDOVI**
  bcordovi@pomlaw.com

- **DESIREE CUMMINGS**
  dcummings@rgrdlaw.com,selenac@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **PATRICK V. DAHLSTROM**
  pdahlstrom@pomlaw.com

- **BLAKE T DENTON**
  blake.denton@lw.com

- **DANIEL S. DROSMAN**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,dand@ecf.courtdrive.com

- **JOSEPH A. FONTI**
  jfonti@bfalaw.com,ecfnotifications@bfalaw.com

- **JONATHAN GARDNER**
  jgardner@labaton.com,lpina@labaton.com,4027988420@filings.docketbird.com,acoquin@labaton.com,acarpio@labaton.com,electroniccasefiling@labaton.com

- **THOMAS J. GIBLIN , JR**
  thomas.giblin@lw.com,ny-courtmail@lw.com,new-york-ma-2860@ecf.pacerpro.com,thomas-giblin-4784@ecf.pacerpro.com

- **MARK S. GOLDMAN**
  goldman@lawgsp.com,lamar@lawgsp.com

- **MICHAEL GRUNFELD**
  mgrunfeld@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **JEFF G. HAMMEL**
  jeff.hammel@lw.com,NY-CourtMail@lw.com,jeff-hammel-1442@ecf.pacerpro.com,new-york-managing-attorney-8224@ecf.pacerpro.com

- **J. ALEXANDER HOOD , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **CHAD JOHNSON**
  chadj@rgrdlaw.com

- **DAVID SEAMUS KASKELA**
  skaskela@kaskelalaw.com

- **EVAN A. KUBOTA**
  ekubota@bfalaw.com

- **KEVIN A. LAVELLE**
  klavelle@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **PETER H. LEVAN , JR**
  plevan@levanmuhic.com

- **JEREMY A. LIEBERMAN**
  jalieberman@pomlaw.com,taweinrib@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com

- **NOAM MANDEL**
  noam@rgrdlaw.com

- **SEAN MCGUIRE**
  smcguire@rgrdlaw.com,nhorstman@rgrdlaw.com,kwoods@rgrdlaw.com,e_file_SD@rgrdlaw.com,mwaligurski@rgrdlaw.com

- **LAURA H. MCNALLY**
  laura.mcnally@morganlewis.com,carole.griffin@morganlewis.com,laura-mcnally-4300@ecf.pacerpro.com

- **CARSON MORRIS**
  cbm@saxtonstump.com

- **GREGORY MORTENSON**
  gregory.mortenson@lw.com

- **DANIELLE S. MYERS**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **SUSAN R. PODOLSKY**
  spodolsky@podolskylaw.com

- **MILES N. RUTHBERG**
  miles.ruthberg@lw.com,NY-CourtMail@lw.com

- **MARC J. SONNENFELD**
  msonnenfeld@morganlewis.com,pfiggs@morganlewis.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,cag@saxtonstump.com,cbm@saxtonstump.com

- **JOHN S. SUMMERS**
  jsummers@hangley.com,crearick@hangley.com,ecffilings@hangley.com

- **JONATHAN C. ZWEIG**
  jzweig@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)