# EXHIBIT A-3

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ENDO INTERNATIONAL PLC, et al.,<br><br>　　　　　　　　　　Defendants. | Civ. Action No. 2:17-cv-05114-MMB<br><br>CLASS ACTION<br><br>Honorable Michael M. Baylson<br><br>SUMMARY NOTICE<br><br>EXHIBIT A-3 |

*IF YOU PURCHASED OR ACQUIRED ENDO INTERNATIONAL, PLC ("ENDO") ORDINARY SHARES FROM MARCH 2, 2015 THROUGH FEBRUARY 27, 2017, INCLUSIVE (THE "CLASS"), YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT.  CERTAIN PERSONS ARE EXCLUDED FROM THE DEFINITION OF THE CLASS AS SET FORTH IN THE STIPULATION OF SETTLEMENT.*

PLEASE READ THIS NOTICE CAREFULLY.  YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and by Order of the United States District Court for the Eastern District of Pennsylvania, that the above-captioned litigation (the "Litigation") has been certified as a class action and that a Settlement has been proposed for $63,400,000.00 in cash.  A hearing will be held on _____, 202__, at __:__ _.m., before the Honorable Michael M. Baylson, at the United States District Court, Eastern District of Pennsylvania, Courtroom 3-A, James A. Byrne Courthouse, 601 Market Street, Philadelphia, PA 19106, or remotely per details that will be made publicly available on the Settlement website (www.EndoSecuritiesLitigation.com), for the purpose of determining whether: (1) the proposed Settlement should be approved by the Court as fair, reasonable and adequate; (2) the proposed Plan of Allocation for distribution of the Settlement proceeds is fair, reasonable and adequate and therefore should be approved; and (3) the application of Lead Counsel for the payment of attorneys' fees and expenses from the Settlement Fund, including interest earned thereon, should be approved.

**IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE LITIGATION, AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND.**  If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and a copy of the Proof of Claim, you may obtain a copy of these documents by contacting the Claims Administrator: *Endo Securities Litigation*, c/o Angeion Group, LLC, 1650 Arch Street, Suite 2210,

Philadelphia, PA 19103; info@EndoSecuritiesLitigation.com; 1-855-895-5522.  You may also obtain copies of the Stipulation of Settlement, Notice and Proof of Claim at www.EndoSecuritiesLitigation.com.

If you are a Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim by mail postmarked no later than _____, 202__, or submit it online by that date.  If you are a Class Member and do not submit a valid Proof of Claim, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will still be bound by any judgment entered by the Court in this Litigation (including the releases provided for therein).

To exclude yourself from the Class, you must mail a written request for exclusion so that it is received by _____, 202__, in accordance with the instructions set forth in the Notice.  If you are a Class Member and do not exclude yourself from the Class, you will be bound by any judgment entered by the Court in this Litigation (including the releases provided for therein) whether or not you submit a Proof of Claim.  If you submit a written request for exclusion, you will have no right to recover money pursuant to the Settlement.

Any objection to the proposed Settlement, the Plan of Allocation of Settlement proceeds, or the fee and expense application must be filed with the Court no later than _____, 202__.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**  If you have any questions about the Settlement, or your eligibility to participate in the Settlement, you may contact Co-Lead Counsel at the following address or by calling 1-800-449-4900:

- 3 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
NOAM MANDEL
420 Lexington Avenue, Suite 1832
New York, NY  10170
noam@rgrdlaw.com

DATED: _____       BY ORDER OF THE COURT
                                          UNITED STATES DISTRICT COURT
                                          EASTERN DISTRICT OF PENNSYLVANIA