# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ENDO INTERNATIONAL PLC, et al.,<br><br>　　　　　　Defendants. | Civ. Action No. 2:17-cv-05114-MMB<br><br>CLASS ACTION<br><br>Honorable Michael M. Baylson<br><br>NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION, AWARD OF ATTORNEYS' FEES AND EXPENSES, AND AWARDS TO LEAD PLAINTIFF AND CO-LEAD PLAINTIFFS |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the following accompanying documents:

- Memorandum of Law in Support of Motion for Final Approval of Settlement, Plan of Allocation, Award of Attorneys' Fees and Expenses, and Awards to Lead Plaintiff and Co-Lead Plaintiffs;

- Declaration of Lawrence F. Stengel in Support of Motion for Final Approval of Settlement, Plan of Allocation, Award of Attorneys' Fees and Expenses, and Awards to Lead Plaintiff and Co-Lead Plaintiffs;

- Declaration on Behalf of Bucks County Employees Retirement System in Support of Motion for Final Approval of Settlement, Plan of Allocation, Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff;

- Declaration of Alexandre Pelletier in Support of Motion for Final Approval of Settlement, Plan of Allocation, Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff;

- Declaration of Nathan Dole in Support of Motion for Final Approval of Settlement, Plan of Allocation, Award of Attorneys' Fees and Expenses and Award to Lead Plaintiff;

- Declaration of Chad Johnson of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses;

- Declaration of Michael Grunfeld Filed on Behalf of Pomerantz LLP in Support of Application for Award of Attorneys' Fees and Expenses;

- Declaration of D. Seamus Kaskela Filed on Behalf of Kaskela Law LLC in Support of Application for Award of Attorneys' Fees and Expenses;

- Declaration of Joseph A. Fonti of Bleichmar Fonti & Auld LLP in Support of Application for Award of Attorneys' Fees and Expenses;

- Declaration of Jenny Shawver of Angeion Group, Regarding: (A) Mailing of Notice and Proof of Claim; (B) Publication of the Notice; and (C) Report of Requests for Exclusion and Objections Received; and

- all prior pleadings and papers filed herein, and any arguments of counsel or other matters properly before the Court,

Lead Plaintiff Bucks County Employees Retirement System and Co-Lead Plaintiffs Alexandre Pelletier and Nathan Dole, by their undersigned attorneys, will move this Court on February 23, 2022 at 11:00 a.m., by way of a Settlement Hearing (*see* ECF No. 397), for: (1) final

approval of the proposed Settlement and Plan of Allocation, and (2) an award of attorneys' fees and expenses and awards to Lead Plaintiff and Co-Lead Plaintiffs pursuant to 15 U.S.C. §78u-4(a)(4).

DATED:  January 19, 2022

Respectfully submitted,

SAXTON & STUMP
LAWRENCE F. STENGEL (PA #32809)


                    *s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL

280 Granite Run Drive, Suite 300
Lancaster, PA 17601
Telephone: 717/556-1000
717/441-3810 (fax)
lfs@saxtonstump.com

Lead Class Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON (Admitted *pro hac vice*)
NOAM MANDEL (Admitted *pro hac vice*)
DESIREE CUMMINGS (Admitted *pro hac vice*)
JONATHAN ZWEIG (Admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com
dcummings@rgrdlaw.com
jzweig@rgrdlaw.com

ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
DANIEL S. DROSMAN (Admitted *pro hac vice*)
KEVIN A. LAVELLE (Admitted *pro hac vice*)
SEAN C. McGUIRE (Admitted *pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dand@rgrdlaw.com
klavelle@rgrdlaw.com
smcguire@rgrdlaw.com

Co-Lead Class Counsel

JOSEPH J. KHAN (PA #86620)
County Solicitor, Bucks County
AMY M. FITZPATRICK (PA #324672)
First Assistant County Solicitor, Bucks County
55 East Court Street
Doylestown, PA  18901
Telephone:  215/348-6435
jjkhan@buckscounty.org
amfitzpatrick@buckscounty.org

Additional Counsel for Lead Class Representative
Bucks County Employees Retirement System

POMERANTZ LLP
JEREMY A. LIEBERMAN
MICHAEL GRUNFELD
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
mgrunfeld@pomlaw.com

POMERANTZ LLP
PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL  60603
Telephone:  312/377-1181
312/377-1184 (fax)
pdahlstrom@pomlaw.com

Counsel for Co-Lead Plaintiffs

- 3 -

CERTIFICATE OF SERVICE

I, Lawrence F. Stengel, hereby certify that on January 19, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                          s/ Lawrence F. Stengel
                                          LAWRENCE F. STENGEL

                                          SAXTON & STUMP
                                          280 Granite Run Drive, Suite 300
                                          Lancaster, PA 17601
                                          Telephone: 717/556-1000
                                          717/441-3810 (fax)

                                          E-mail: lfs@saxtonstump.com

# Mailing Information for a Case 2:17-cv-05114-MMB PELLETIER v. ENDO INTERNATIONAL PLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JAVIER BLEICHMAR**
  jbleichmar@bfalaw.com

- **JAMES E. BRANDT**
  james.brandt@lw.com,NY-CourtMail@lw.com

- **BENJAMIN F. BURRY**
  bburry@bfalaw.com

- **J. GORDON COONEY , JR**
  jgcooney@morganlewis.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **BRANDON CORDOVI**
  bcordovi@pomlaw.com

- **DESIREE CUMMINGS**
  dcummings@rgrdlaw.com,selenac@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **PATRICK V. DAHLSTROM**
  pdahlstrom@pomlaw.com

- **BLAKE T DENTON**
  blake.denton@lw.com

- **DANIEL S. DROSMAN**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,dand@ecf.courtdrive.com

- **JOSEPH A. FONTI**
  jfonti@bfalaw.com,ecfnotifications@bfalaw.com

- **JONATHAN GARDNER**
  jgardner@labaton.com,lpina@labaton.com,4027988420@filings.docketbird.com,acoquin@labaton.com,acarpio@labaton.com,electroniccasefiling@labaton.com

- **THOMAS J. GIBLIN , JR**
  thomas.giblin@lw.com,ny-courtmail@lw.com,new-york-ma-2860@ecf.pacerpro.com,thomas-giblin-4784@ecf.pacerpro.com

- **MARK S. GOLDMAN**
  goldman@lawgsp.com,lamar@lawgsp.com

- **MICHAEL GRUNFELD**
  mgrunfeld@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **JEFF G. HAMMEL**
  jeff.hammel@lw.com,NY-CourtMail@lw.com,jeff-hammel-1442@ecf.pacerpro.com,new-york-managing-attorney-8224@ecf.pacerpro.com

- **J. ALEXANDER HOOD , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **CHAD JOHNSON**
  chadj@rgrdlaw.com

- **DAVID SEAMUS KASKELA**
  skaskela@kaskelalaw.com

- **EVAN A. KUBOTA**
  ekubota@bfalaw.com

- **KEVIN A. LAVELLE**
  klavelle@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **PETER H. LEVAN , JR**
  plevan@levanmuhic.com

- **JEREMY A. LIEBERMAN**
  jalieberman@pomlaw.com,taweinrib@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com

- **NOAM MANDEL**
  noam@rgrdlaw.com

- **SEAN MCGUIRE**
  smcguire@rgrdlaw.com,nhorstman@rgrdlaw.com,kwoods@rgrdlaw.com,e_file_SD@rgrdlaw.com,mwaligurski@rgrdlaw.com

- **LAURA H. MCNALLY**
  laura.mcnally@morganlewis.com,carole.griffin@morganlewis.com,laura-mcnally-4300@ecf.pacerpro.com

- **CARSON MORRIS**
  cbm@saxtonstump.com

- **GREGORY MORTENSON**
  gregory.mortenson@lw.com

- **DANIELLE S. MYERS**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **SUSAN R. PODOLSKY**
  spodolsky@podolskylaw.com

- **MILES N. RUTHBERG**
  miles.ruthberg@lw.com,NY-CourtMail@lw.com

- **MARC J. SONNENFELD**
  msonnenfeld@morganlewis.com,pfiggs@morganlewis.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,cag@saxtonstump.com,cbm@saxtonstump.com

- **JOHN S. SUMMERS**
  jsummers@hangley.com,crearick@hangley.com,ecffilings@hangley.com

- **JONATHAN C. ZWEIG**
  jzweig@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`