UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>ENDO INTERNATIONAL PLC, et al.,<br><br>                Defendants. | Civ. Action No. 2:17-cv-05114-MMB<br><br>CLASS ACTION<br><br>Honorable Michael M. Baylson<br><br>DECLARATION OF D. SEAMUS KASKELA FILED ON BEHALF OF KASKELA LAW LLC IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES |

I, D. Seamus Kaskela, Esq., declare as follows:

1. I am the founding partner of the law firm of Kaskela Law LLC (the "Firm"), local counsel for Co-Lead Plaintiffs Alexandre Pelletier and Nathan Dole ("Co-Lead Plaintiffs") in the above-captioned action. I am submitting this declaration in support of my Firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action.

2. The information in this declaration regarding the Firm's time is taken from printouts and supporting documentation prepared and/or maintained by the Firm in the ordinary course of business. I conducted the activities in the litigation reflected in these printouts and I reviewed these printouts (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time committed to the litigation. As a result of this review, I believe that the time reflected in the Firm's lodestar calculation is reasonable and was necessary for the effective and efficient prosecution and resolution of the litigation. My hourly rate is consistent with the hourly rates submitted by the Firm during 2021 in other securities class action litigation. This rate is also the usual and customary rate charged by an attorney with my experience in non-contingent matters and conforms to industry practice.

3. As local counsel for Co-Lead Plaintiffs, my firm has provided assistance in this litigation at the direction of Pomerantz LLP, which is Co-Lead Counsel.

4. I have billed the following aggregate hours to this matter as of the date of filing:

| Biller | Hourly Rate | Hours | Lodestar |
|---|---|---|---|
| Kaskela, D. Seamus (P) | $675.00 | 13.00 | $8,775.00 |
| **Total** | **$675.00** | **13.00** | **$8,775.00** |

5. Attached as Exhibit A is a true and correct copy of Kaskela Law LLC's firm resume.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of January 2022, in Newtown Square, PA.

Respectfully submitted,

/s/ *D. Seamus Kaskela*
D. Seamus Kaskela
**KASKELA LAW LLC**
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
(888) 715-1740 phone
skaskela@kaskelalaw.com

*Local Counsel for Co-Lead Plaintiffs Alexandre Pelletier and Nathan Dole*

EXHIBIT A



18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
(888) 715 – 1740
www.kaskelalaw.com

## FIRM RESUME

Kaskela Law LLC is dedicated to providing exceptional legal services in shareholder litigation matters. The firm exclusively represents investors in state and federal class action securities fraud litigation, shareholder derivative actions, and stockholder merger & acquisition litigation. Kaskela Law LLC is based in Newtown Square, Pennsylvania, and represents investors nationwide.

Kaskela Law LLC was formed by D. Seamus Kaskela. Prior to forming Kaskela Law LLC, Mr. Kaskela was associated with Kessler Topaz Meltzer & Check, LLP, a nationally recognized securities litigation firm, for over ten years. In that position, Mr. Kaskela was primarily responsible for the investigation, development, and litigation of stockholder actions.

Since forming Kaskela Law LLC, Mr. Kaskela has continued to litigate stockholder class and individual actions on behalf of investors, and the firm has been appointed to represent investors in several securities fraud class actions, including *Alberici v. Recro Pharma, Inc., et al.*, No. 2:18-cv-02279 (E.D. Pa.) (appointed liaison counsel) and *Vignola v. FAT Brands, Inc., et al.*, No. 2:18-cv-07469 (C.D. Cal.) (appointed co-lead counsel). The firm also litigates select stockholder class and derivative actions in the Delaware Court of Chancery.

Mr. Kaskela received his undergraduate degree from Saint Joseph's University, M.B.A. from The Pennsylvania State University, and J.D. from Rutgers Law School. Mr. Kaskela is licensed to practice law in the Commonwealth of Pennsylvania and the State of New Jersey, and is admitted to practice in the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey.