# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRE PELLETIER, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>ENDO INTERNATIONAL PLC, et al.,<br><br>                      Defendants. | Civ. Action No. 2:17-cv-05114-MMB<br><br>CLASS ACTION<br><br>Honorable Michael M. Baylson<br><br>LEAD PLAINTIFF'S AND CO-LEAD PLAINTIFFS' NOTICE OF NON-OPPOSITION AND REPLY IN FURTHER SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION, AWARD OF ATTORNEYS' FEES AND EXPENSES, AND AWARDS TO LEAD PLAINTIFF AND CO-LEAD PLAINTIFFS |

Lead Plaintiff Bucks County Employees Retirement System ("Bucks County ERS") and Co-Lead Plaintiffs Alexandre Pelletier and Nathan Dole (together with Lead Plaintiff, the "Plaintiffs"), by their undersigned attorneys, respectfully submit this reply in further support of their Motion for final approval of the $63.4 million Settlement, approval of the proposed Plan of Allocation, an award of attorneys' fees and payment of expenses, and an award to Lead Plaintiff and Co-Lead Plaintiffs in connection with their representation of the Class.[1]

Not a single Class Member has objected to or elected to opt out of the proposed Settlement. The Third Circuit instructs district courts to consider the "'reaction of the class to the settlement.'" *Girsh v. Jepson*, 521 F.2d 153, 157 (3d Cir. 1975). Here, over 100,000 copies of the Notice of Pendency and Proposed Settlement of Class Action, along with the Proof of Claim form, were mailed to potential Class Members,[2] the Summary Notice was published in *The Wall Street Journal* and transmitted over PR Newswire,[3] and notice was also provided using social media and paid-search advertisements.[4] The February 2, 2022 deadline for filing objections and submitting requests for exclusion has now passed. To date, no objections to the proposed Settlement, Plan of Allocation, or fee and expense request have been filed, nor have any requests for exclusion been submitted.[5]

The absence of any objections to this motion after an extensive notice program strongly indicates that the Class supports the Settlement and the Plan of Allocation, and weighs in favor of

---

[1]   Unless otherwise noted, all capitalized terms used herein have the same meaning as set forth in the Stipulation of Settlement dated October 15, 2021. ECF No. 395.

[2]   *See* Declaration of Jenny Shawver of Angeion Group, Regarding: (A) Mailing of Notice and Proof of Claim; (B) Publication of the Notice; and (C) Report on Requests for Exclusion and Objects Received (ECF No. 402-10) ("Shawver Decl."), ¶7; Supplemental Declaration of Jenny Shawver of Angeion Group ("Supp. Shawver Decl."), ¶3, filed herewith.

[3]   Shawver Decl., ¶10.

[4]   *Id.*, ¶11.

[5]   *See* Supp. Shawver Decl., ¶¶4-5, filed herewith.

approval. *See In re Cendant Corp. Litig.*, 264 F.3d 201, 235 (3d Cir. 2001) ("[t]he vast disparity between the number of potential class members who received notice of the Settlement and the number of objectors creates a strong presumption that this factor weighs in favor of the Settlement"); *Bell Atl. Corp. v. Bolger*, 2 F.3d 1304, 1313-14 (3d Cir. 1993) (finding that 30 objectors out of numerous shareholders was "an infinitesimal number").

The absence of any objections also strongly supports the requested awards of attorneys' fees and expenses, along with the requested awards to Lead Plaintiff and Co-Lead Plaintiffs pursuant to 15 U.S.C. §78(u)-4(a)(4), which are fully consistent with the Court-approved Notice. *See In re Rite Aid Corp. Sec. Litig.*, 396 F.3d 294, 305 (3d Cir. 2005) (finding that only two objections out of thousands of notified class members supported approval of the requested fees, particularly when the class included "'sophisticated' institutional investors that had considerable financial incentive to object had they believed the requested fees were excessive"); *Gunter v. Ridgewood Energy Corp.*, 223 F.3d 190, 195 n.1 (3d Cir. 2000) (when assessing fee requests, courts consider "the presence or absence of substantial objections by members of the class to the settlement terms and/or [the] fees requested by counsel"); *In re Lucent Techs., Inc., Sec. Litig.*, 327 F. Supp. 2d 426, 435 (D.N.J. 2004) (approving fee over nine objections, stating that "the lack of a significant number of objections is strong evidence that the fees request is reasonable").

Based on the entire record herein, Lead Plaintiff and Co-Lead Plaintiffs respectfully request that the Court: (i) grant their motion for final approval of the Settlement and the Plan of Allocation; (ii) award the requested attorneys' fees of 25% of the Settlement Amount and payment of litigation expenses of $1,839,050.39, plus interest on both amounts at the same rate and for the same period as earned by the Settlement Fund; and (iii) award Lead Plaintiff Bucks County ERS and Co-Lead Plaintiff Pelletier $17,000 each, and award Co-Lead Plaintiff Dole $15,000, in connection with their representation of the Class pursuant to 15 U.S.C. §78u-4(a)(4).

DATED:  February 16, 2022               Respectfully submitted,

                                        SAXTON & STUMP
                                        LAWRENCE F. STENGEL (PA #32809)


                                        _____*s/ Lawrence F. Stengel*_____
                                              LAWRENCE F. STENGEL

                                        280 Granite Run Drive, Suite 300
                                        Lancaster, PA 17601
                                        Telephone: 717/556-1000
                                        717/441-3810 (fax)
                                        lfs@saxtonstump.com

                                        Lead Class Counsel

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        CHAD JOHNSON (Admitted *pro hac vice*)
                                        NOAM MANDEL (Admitted *pro hac vice*)
                                        DESIREE CUMMINGS (Admitted *pro hac vice*)
                                        JONATHAN ZWEIG (Admitted *pro hac vice*)
                                        420 Lexington Avenue, Suite 1832
                                        New York, NY  10170
                                        Telephone:  212/432-5100
                                        chadj@rgrdlaw.com
                                        noam@rgrdlaw.com
                                        dcummings@rgrdlaw.com
                                        jzweig@rgrdlaw.com

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        DANIEL S. DROSMAN (Admitted *pro hac vice*)
                                        KEVIN A. LAVELLE (Admitted *pro hac vice*)
                                        SEAN C. McGUIRE (Admitted *pro hac vice*)
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)
                                        dand@rgrdlaw.com
                                        klavelle@rgrdlaw.com
                                        smcguire@rgrdlaw.com

                                        Co-Lead Class Counsel

JOSEPH J. KHAN (PA #86620)
County Solicitor, Bucks County
AMY M. FITZPATRICK (PA #324672)
First Assistant County Solicitor, Bucks County
55 East Court Street
Doylestown, PA  18901
Telephone:  215/348-6435
jjkhan@buckscounty.org
amfitzpatrick@buckscounty.org

Additional Counsel for Lead Class Representative
Bucks County Employees Retirement System

POMERANTZ LLP
JEREMY A. LIEBERMAN
MICHAEL GRUNFELD
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
mgrunfeld@pomlaw.com

POMERANTZ LLP
PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL  60603
Telephone:  312/377-1181
312/377-1184 (fax)
pdahlstrom@pomlaw.com

Counsel for Co-Lead Plaintiffs

CERTIFICATE OF SERVICE

I, Lawrence F. Stengel, hereby certify that on February 16, 2022, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL

SAXTON & STUMP
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
Telephone: 717/556-1000
717/441-3810 (fax)
E-mail: lfs@saxtonstump.com

# Mailing Information for a Case 2:17-cv-05114-MMB PELLETIER v. ENDO INTERNATIONAL PLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JAVIER BLEICHMAR**
  jbleichmar@bfalaw.com

- **JAMES E. BRANDT**
  james.brandt@lw.com,NY-CourtMail@lw.com

- **BENJAMIN F. BURRY**
  bburry@bfalaw.com

- **J. GORDON COONEY , JR**
  jgcooney@morganlewis.com

- **VINCENT A COPPOLA**
  vcoppola@pribanic.com,gregory@pribanic.com

- **BRANDON CORDOVI**
  bcordovi@pomlaw.com

- **DESIREE CUMMINGS**
  dcummings@rgrdlaw.com,selenac@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **PATRICK V. DAHLSTROM**
  pdahlstrom@pomlaw.com

- **BLAKE T DENTON**
  blake.denton@lw.com

- **DANIEL S. DROSMAN**
  ddrosman@rgrdlaw.com,tholindrake@rgrdlaw.com,dand@ecf.courtdrive.com

- **JOSEPH A. FONTI**
  jfonti@bfalaw.com,ecfnotifications@bfalaw.com

- **JONATHAN GARDNER**
  jgardner@labaton.com,lpina@labaton.com,4027988420@filings.docketbird.com,acoquin@labaton.com,acarpio@labaton.com,electroniccasefiling@labaton.com

- **THOMAS J. GIBLIN , JR**
  thomas.giblin@lw.com,ny-courtmail@lw.com,new-york-ma-2860@ecf.pacerpro.com,thomas-giblin-4784@ecf.pacerpro.com

- **MARK S. GOLDMAN**
  goldman@lawgsp.com,lamar@lawgsp.com

- **MICHAEL GRUNFELD**
  mgrunfeld@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **JEFF G. HAMMEL**
  jeff.hammel@lw.com,NY-CourtMail@lw.com,jeff-hammel-1442@ecf.pacerpro.com,new-york-managing-attorney-8224@ecf.pacerpro.com

- **J. ALEXANDER HOOD , II**
  ahood@pomlaw.com,abarbosa@pomlaw.com

- **CHAD JOHNSON**
  chadj@rgrdlaw.com

- **DAVID SEAMUS KASKELA**
  skaskela@kaskelalaw.com

- **EVAN A. KUBOTA**
  ekubota@bfalaw.com

- **KEVIN A. LAVELLE**
  klavelle@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **PETER H. LEVAN , JR**
  plevan@levanstapleton.com

- **JEREMY A. LIEBERMAN**
  jalieberman@pomlaw.com,taweinrib@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com

- **NOAM MANDEL**
  noam@rgrdlaw.com

- **SEAN MCGUIRE**
  smcguire@rgrdlaw.com,nhorstman@rgrdlaw.com,kwoods@rgrdlaw.com,e_file_SD@rgrdlaw.com,mwaligurski@rgrdlaw.com

- **LAURA H. MCNALLY**
  laura.mcnally@morganlewis.com,carole.griffin@morganlewis.com,laura-mcnally-4300@ecf.pacerpro.com

- **CARSON MORRIS**
  cbm@saxtonstump.com

- **GREGORY MORTENSON**
  gregory.mortenson@lw.com

- **DANIELLE S. MYERS**
  danim@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **THEODORE J. PINTAR**
  TedP@rgrdlaw.com,PamM@lerachlaw.com,mwaligurski@rgrdlaw.com

- **SUSAN R. PODOLSKY**
  spodolsky@podolskylaw.com

- **MARC J. SONNENFELD**
  msonnenfeld@morganlewis.com,pfiggs@morganlewis.com

- **LAWRENCE F. STENGEL**
  lfs@saxtonstump.com,cag@saxtonstump.com,cbm@saxtonstump.com

- **JOHN S. SUMMERS**
  jsummers@hangley.com,crearick@hangley.com,ecffilings@hangley.com

- **MICHAEL J. WERNKE**
  mjwernke@pomlaw.com

- **JONATHAN C. ZWEIG**
  jzweig@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`