IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALEXANDRE PELLETIER**, Individually and On Behalf of All Others Similarly Situated**,**<br><br>v.<br><br>**ENDO INTERNATIONAL PLC et al** | **CIVIL ACTION**<br><br>**NO. 17-cv-5114** |

**ORDER RE: ATTORNEYS' FEES AND COSTS**

**AND NOW**, this 25th day of March, 2022, based on the foregoing Memorandum, it is hereby **ORDERED** that the Court will award counsel fees and costs as stated, and lead counsel shall prepare a specific form of order and submit it for approval and filing within ten (10) days. Following which, the Court will close this case. In the interest of transparency, the allocation of fees among lead and co-lead shall be stated in the Order.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 17\17-5114 Pelletier v Endo Intl\17cv5114 order re attorneys' fees and costs.docx